IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Magistrate Judge Boyd N. Boland

Civil Action No. 05-cv-01368-REB-BNB

FREEDOM MEDICAL, INC.,

Plaintiff,

v.

ROYAL BANK OF CANADA,
RBC HOLDINGS (USA), INC.,
RBC DAIN RAUSCHER CORPORATION, and
JON A. TIETBOHL,

Defendants.
_____

**ORDER**
_____

This matter is before me on the following motions:

(1)     **Motion for Protective Order and to Quash Subpoena Directed to Elizabeth**

**A. Davis** (the "Motion for Protective Order"), filed by defendant Jon A. Tietbohl on July 21,

2005; and

(2)     Plaintiff's **Motion to Strike,** filed on August 18, 2005.

I held a hearing on the motions on September 13, 2005, and made rulings on the record,

which are incorporated here.  In summary and for the reasons stated on the record:

IT IS ORDERED that the Motion for Protective Order is GRANTED IN PART.  The

discovery directed against Ms. Davis may not be had at this time.  The discovery may be renewed

and the issues raised in the Motion for Protective Order may be presented again, if appropriate,

after the court in the Eastern District of Pennsylvania rules on the pending motions to dismiss in

the underlying case.

IT IS FURTHER ORDERED that the Motion to Strike is DENIED.

Dated September 14, 2005.

BY THE COURT:

/s/ Boyd N. Boland
United States Magistrate Judge